**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATALIA MIDDLETON,

                         Plaintiff,

        -against-                             24 **CIVIL** 8215 (LLS)

                                                         **JUDGMENT**

JESSICA BAYNER; TERESA LEBRON-
CORREA; DR. DAVID KLAHR,

                         Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated October 10, 2025, the Court has dismissed this action;

accordingly, the case is closed.

**Dated:** New York, New York

       January 21, 2026

                                 **TAMMI M. HELLWIG**

                                  _____

                                    **Clerk of Court**

               **BY:**         K. Mango

                                  _____

                                   **Deputy Clerk**